| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | ROBERT JON HENDRICKS (SBN 179751) |
| 2 | NICOLE A. DILLER (SBN 154842) |
| | 300 South Grand Avenue |
| 3 | Twenty-Second Floor |
| | Los Angeles, CA  90071-3132 |
| 4 | Tel:  213.612.2500 |
| | Fax:  213.612.2501 |
| 5 | Email:  rhendricks@morganlewis.com |

Attorneys for Defendant
AMERICAN AIRLINES, INC. PILOT LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE BRUNET, | Case No. CV 09-02452 CW |
| Plaintiff, | Hon. Claudia Wilken |
| vs. | **ORDER GRANTING STIPULATION TO STAY ACTION PENDING DETERMINATION BY INDEPENDENT MEDICAL EXAMINER AS MODIFIED** |
| AMERICAN AIRLINES, INC. PILOT LONG TERM DISABILITY PLAN, | Action Filed:    June 3, 2009 |
| Defendant. | |

# ORDER

Based upon the parties' stipulation, and for good cause shown, it is hereby **ORDERED** that:

This action shall be stayed until thirty (30) days after notice of the final determination of the independent clinical authority concerning Plaintiff Brunet's claim. The parties shall notify the Court promptly upon receipt of notice of the final determination of the independent clinical authority concerning Plaintiff Brunet's claim.

**IT IS SO ORDERED.  THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 10/20/09 AT 2:00 P.M.**

DATED: 8/4/09

The Honorable Claudia Wilken
United States District Judge