Glenn R. Kantor - SBN 122643
  E-mail: gkantor@kantorlaw.net
Niamh E. Doherty - SBN 260749
  E-mail: ndoherty@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff,
PHILIPPE BRUNET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE BRUNET,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMERICAN AIRLINES, INC. PILOT LONG TERM DISABILITY PLAN,<br><br>        Defendant. | CASE NO: CV09-2452 CW<br><br>STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE SET FOR OCTOBER 20, 2009 |

The parties, by and through their respective counsel, hereby stipulate and agree to the following:

Whereas, the Court has stayed this matter, pending a review of Plaintiff Philippe Brunet's medical records by the Mayo Clinic;

Whereas there is currently a Case Management Conference scheduled for Tuesday, October 20, 2009 at 2:00 p.m.;

Whereas the parties mutually desire to continue the Case Management Conference to December 15, 2009, as the Mayo Clinic review has not yet been completed and the parties expect that it will be completed by that date;

1

Now, therefore, the parties hereby stipulate and agree, subject to the Court's approval, that the Case Management Conference scheduled for Tuesday, October 20, 2009 at 2:00 p.m. be continued to December 15, 2009, at a time convenient for the Court.

DATED: October 19, 2009                              KANTOR & KANTOR, LLP

                                                     BY      /s/ Niamh E. Doherty
                                                     Niamh E. Doherty
                                                     Attorneys for Plaintiff Philippe Brunet

DATED: October 19, 2009                              MORGAN, LEWIS & BOCKIUS LLP

                                                     BY      /s/ Donald P. Sullivan
                                                     Donald P. Sullivan
                                                     Attorneys for Defendant American Airlines, Inc. Pilot Long Term Disability Plan

## **ORDER**

The Court having reviewed the stipulation between Plaintiff, Philippe Brunet, and Defendant, American Airlines, Inc. Pilot Long Term Disability Plan, for a continuance of the Case Management Conference currently set for October 20, 2009, and finding good cause therefor:

IT IS HEREBY ORDERED that the Case Management Conference in this matter be continued from October 20, 2009 at 2:00 p.m. to December 15, 2009 at 2:00 p.m.

DATED: 10/19/09

_____
The Honorable Claudia Wilken
United States District Judge

2