1   Glenn R. Kantor - SBN 122643
      E-mail: gkantor@kantorlaw.net                    *E-Filed 5/6/10*
2   Niamh E. Doherty - SBN 260749
      E-mail: ndoherty@kantorlaw.net
3   KANTOR & KANTOR, LLP
    19839 Nordhoff Street
4   Northridge, CA 91324
    (818) 886-2525 (TEL)
5   (818) 350-6272  (FAX)

6   Attorneys for Plaintiff,
    PHILIPPE BRUNET
7

8                   UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO

11
    PHILIPPE BRUNET,                )   CASE NO: C09-02452 RS
12                                  )
              Plaintiff,            )
13                                  )   PLAINTIFF'S REQUEST FOR
                                    )   TELEPHONIC APPEARANCE AT
14        vs.                       )   CASE MANAGEMENT
                                    )   CONFERENCE; [~~PROPOSED~~]
15   AMERICAN AIRLINES, INC. PILOT  )   ORDER
     LONG TERM DISABILITY PLAN,     )
16                                  )
              Defendant.            )
17                                  )   DATE: May 13, 2010
                                    )   TIME:   10:00 a.m.
18   _____ )   CTRM: 3

19

20

21

22

23

24

25

26

27

28

                                   1

1    Plaintiff's counsel respectfully requests the Court's permission to appear

2   telephonically at the Case Management Conference scheduled for May 13, 2010 at

3   10:00 a.m.  Plaintiff's counsel's is located in the Los Angeles area, and would need to

4   travel from Los Angeles to San Francisco to attend the conference. *

5

6   DATED: May 6, 2010                              KANTOR & KANTOR, LLP

7

8                                         By:    _/s/  Glenn R. Kantor_____

9                                                 Glenn R. Kantor
                                                  Attorneys for Plaintiff
10                                                Philippe Brunet

11

12

13                              **[PROPOSED] ORDER**

14

15    IT IS HEREBY ORDERED that Plaintiff's counsel is permitted to appear by

16   telephone at the Case Management Conference scheduled for May 13, 2010 at 10:00

17   a.m.

18

19   Dated: __5/6/10_____       _____

20                                                 United States District Judge
                                                   Richard Seeborg
21

22   *All parties shall appear by telephone and shall contact court conference at 866/582-6878 at least
       one week prior to the conference to arrange their telephonic participation.

23

24

25

26

27

28

2