E-Filed 8/31/10*

1  Glenn R. Kantor - SBN: 122643
   E-Mail: gkantor@kantorlaw.net
2  Niamh E. Doherty - SBN: 260749
   E-Mail: ndoherty@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   Telephone:  (818) 886-2525
5  Facsimile:  (818) 350-6272

6  Attorneys for Plaintiff,
   Philippe Brunet
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 PHILIPPE BRUNET,              )   CASE NO: CV 09-2452 RS (EDL)
                                 )
12          Plaintiff,            )
                                 )   STIPULATION FOR DISMISSAL;
13     VS.                       )   [PROPOSED] ORDER
                                 )
14 AMERICAN AIRLINES, INC. PILOT )
   LONG TERM DISABILITY PLAN,    )
15                               )
            Defendant.            )
16 _____ )

17

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED, by and between Plaintiff Philippe Brunet and Defendant, American Airlines, Inc. Pilot Long Term Disability Plan, by and through their respective counsel of record, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

DATED: August 30, 2010    KANTOR & KANTOR, LLP

  */s/ Glenn R. Kantor*
Glenn R. Kantor
Attorneys for Plaintiff Philippe Brunet

DATED: August 30, 2010    MORGAN, LEWIS & BOCKIUS LLP

  */s/ Nicole A. Diller*
Nicole A. Diller
Attorneys for Defendant American Airlines Inc. Pilot Long Term Disability Plan

**ORDER**

Pursuant to the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

DATED:    August  31 , 2010

_____
Honorable Richard Seeborg